**Order entered December 15, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01163-CV

**ROBERT DUCHOUQUETTE AND MICHELLE DUCHOUQUETTE, Appellants**

**V.**

**PRESTIGIOUS PETS, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02381-C**

## ORDER

Before the Court is appellant's December 13, 2016 agreed motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by December 23, 2016.

/s/    CRAIG STODDART
JUSTICE